UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LEONARD SHAPIRO, *Individually and on behalf of all others similarly situated*,<br><br>Plaintiff,<br><br>v.<br><br>BIOGEN INC., MICHEL VOUNATSOS, JEFFREY D. CAPELLO, MICHAEL R. MCDONNELL, ALFRED W. SANROCK JR., and SAMANHA BUDD HAEMERLEIN,<br><br>Defendants. | Civil Action No. 21-cv-10017-IT |

ORDER OF DISMISSAL

TALWANI, D.J.

Lead Plaintiff Nadia Shash and Defendants having stipulated that the proposed class action should proceed in the related action, see Stipulation in Menashe v. Biogen, et al., 21-cv-10479, ECF no. 39, and the original plaintiff in this action having filed a Notice of Voluntary Dismissal as to his claims, see Shapiro's Notice of Voluntary Dismissal [#26], this action is dismissed with prejudice.

IT IS SO ORDERED.

Date: March 30, 2021

/s/ Indira Talwani
United States District Judge